# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GREGORY M. ROBINSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | **2:14-cv-00097-AKK-TMP** |
| **PHYLLIS BILLUPS,** ) | |
| *Warden*, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

The above-styled petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 was filed in this court on January 9, 2014. As relief, Gregory M. Robinson ("Petitioner") requested to be remanded to federal custody. In an Order dated December 13, 2016, the magistrate judge informed the petitioner that his *habeas* petition appeared to be moot, as a search of the Alabama Department of Corrections' inmate listing indicates that no inmate by the name of Gregory M. Robinson is currently incarcerated in the Alabama prison system. The Order directed the petitioner to notify the court if he still was incarcerated and believed his petition not to be moot. The court mailed the Order to the petitioner's last known address, at the Bullock Correctional Facility in Union Springs, Alabama.

A search of the Federal Bureau of Prisons' inmate database indicated that a prisoner by the name of Gregory Marcel Robinson was incarcerated at the Yazoo City Federal Correctional Institution in Yazoo City, Mississippi. Out of an abundance of caution, the court sent a copy of its order Order to Gregory Marcel Robinson at the Yazoo City FCI, in case that inmate also happens to be the petitioner in the instant case. In addition to attempting to contact the petitioner, the magistrate judge directed the respondents to report to the court any information they had as to the petitioner's location or incarceration status.

On December 14, 2016, the respondents notified the court that the petitioner has completed his time on prior State sentences. Doc. 12. The respondents had no current information as to the petitioner's location, and he did not provide a forwarding address upon his release from Bullock Correctional Facility. *Id.* On December 19, 2016, the Order sent to Gregory Marcel Robinson at the Yazoo City Federal Correctional Institution was returned to the court as undeliverable. Doc. 13. On December 22, 2016, the Order sent to Gregory M. Robinson at the Bullock Correctional Facility was returned to the court marked "no longer here." Doc. 14.

It appears that the petitioner has received the relief he sought in that he either has been remanded to federal custody or released entirely from incarceration. Accordingly, the petition appears to be **MOOT**. In any case, the

petitioner has failed to keep the court apprised of his current address and, therefore, has failed to prosecute his claim.

A final order of dismissal will be entered contemporaneously herewith.

**DONE** the 28th day of December, 2016.

                                              **ABDUL K. KALLON**
                                       UNITED STATES DISTRICT JUDGE